# EXHIBIT "A1"

Receipt Number: 928882
Tracking Number: 73909508

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202155492

| | |
|---|---|
| PLAINTIFF: DAVIS, JANICE | In the 189th Judicial |
| vs. | District Court of |
| DEFENDANT: RUIZ, IDEFENSO CASTRO | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: RUIZ, IDEFENSO CASTRO
OR WHEREVER HE MAY BE FOUND
1416 MEMPHIS JUNCTION
BOWLING GREEN KY 42101

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on August 31, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this August 31, 2021.

Marilyn Burgess
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CHRISTOPHER MATTHEWS

Issued at request of:
BICKHAM, THOMAS F. JR.
3120 SOUTHWEST FREEWAY, STE 612
HOUSTON, TX 77098
713-526-4969

Bar Number: 00787081

Tracking Number: 73909508

CAUSE NUMBER: 202155492

| | |
|---|---|
| PLAINTIFF: DAVIS, JANICE | In the 189th |
| vs. | Judicial District Court |
| DEFENDANT: RUIZ, IDEFENSO CASTRO | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at ________o'clock _____. M., on the ________ day of ______________________________, 20________.

Executed at (address) ______________________________________________ in ______________ County at ______ o'clock _____. M., on the ________ day of ______________________________, 20 ______, by delivering to ______________________________________________ defendant, in person, a true copy of this Citation together with the accompanying ______ copy(ies) of the ______________________________ Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this ________ day of ______________________________, 20 ______.

FEE: $ ____________

______________________________________

______________ of ______________

County, Texas

______________________________ By: ______________________________

Affiant Deputy

On this day, ______________________________________________, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this ________ of ______________________________, 20 _____

______________________________

Notary Public

8/31/2021 4:22 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 56841163
By: Christopher Matthews
Filed: 8/31/2021 4:22 PM

CAUSE NO. ______________

| | | |
|---|---|---|
| JANICE DAVIS AND WANDA NICKLEBERRY | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | _____ JUDICIAL DISTRICT |
| | § | |
| IDEFENSO CASTRO RUIZ and M.R. TRANS LLC | § | |
| Defendant. | § | HARRIS COUNTY, TEXAS |

**PLAINTIFFS' ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

JANICE DAVIS AND WANDA NICKLEBERRY, Plaintiffs herein, file their Original Petition complaining of IDEFENSO CASTRO RUIZ AND M.R. TRANS LLC, Defendants herein, and in support thereof respectfully states as follows:

**I.**
**REQUEST PURSUANT TO RULE 28 FOR SUBSTITUTION OF TRUE NAME**

To the extent that the above named Defendant is conducting business pursuant to a trade name or assumed name, then suit is brought against them pursuant to the terms of Rule 28 of the Texas Rules of Civil Procedure, and Plaintiff hereby demands upon answering this suit, that the Defendant answer in their correct legal and assumed names TEX. R. CIV. P. 28.

**II.**
**PARTIES**

Plaintiff JANICE DAVIS, with the last three digits of her driver's license being 768 is an individual and resident of Houston, Harris County, Texas.

Plaintiff WANDA NICKLEBERRY, with the last three digits of her driver's license unknown is an individual and resident of Houston, Harris County, Texas.

Defendant IDEFENSO CASTRO RUIZ with the last three digits of his driver's license being 098 is an individual and resident of Bowling Green, Warren County, Kentucky. Defendant IDENFENSO CASTRO RUIZ may be served with citation by delivering to him at his last known address of 1416 Memphis Junction, Bowling Green, KY 42101 or wherever he may be found. Issuance of citation is requested at this time.

Defendant M.R. TRANS LLC is a business entity incorporated in Kentucky and may be served with process by serving its registered agent, Mujo Mujanociv, 1416 Memphis Junction Rd., Bowling Green, KY, 42101. Issuance of citation is requested at this time.

## III.
## VENUE AND JURISDICTION

Venue of Plaintiffs' causes of action is proper in Harris County, Texas pursuant to §15.002(1) of the Texas Civil Practice and Remedies Code, as all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas.

## IV.
## FACTS

Plaintiffs Janice Davis and Wanda Nickleberry bring this suit to recover damages for personal injuries they sustained on May 8, 2021 in a collision with a vehicle driven by Defendant IDENFENSO CASTRO RUIZ. Plaintiff JANICE DAVIS was driving south bound at the 9600 block of Jensen when Defendant IDENFENSO CASTRO RUIZ in the course and scope of his employment with M.R. TRANS LLC, was traveling north bound when suddenly and without warning failed to control the speed, backed unsafely, and crashed into the front of Plaintiff's vehicle. As a result, Plaintiffs were injured.

Plaintiffs' actions or inactions neither contributed to nor caused the occurrence in question. Rather, it was the negligence of the Defendant IDENFENSO CASTRO RUIZ AND M.R. TRANS

LLC, which was the sole and proximate cause of the occurrence and the injuries sustained by Plaintiffs.

## V. NEGLIGENCE OF DEFENDANT IDENFENSO CASTRO RUIZ

Defendant IDENFENSO CASTRO RUIZ was negligent and/or negligent *per se* in one or more of the following particulars, each of which act and/or omission, individually or collectively, constituted negligence and/or negligence *per se* which proximately caused the collision and the resulting injuries and damages to Plaintiff:

a. In failing to control the speed of his vehicle;

b. In failing to maintain an assured clear distance to avoid the collision;

c. In failing to pay attention to the driving conditions;

d. Operating the vehicle at a greater rate of speed than was reasonably prudent;

e. In failing to take proper evasive action;

f. In failing to timely apply the brakes;

g. In failing to avoid the collision;

h. In failing to maintain proper lookout;

i. In failing to drive in a reasonably attentive manner;

j. Violating the terms and provisions of the TEXAS TRANSPORTATION CODE and Driver's handbook; and

k. In failing to act as a reasonably prudent driver would have done under the same or similar circumstances.

The negligence of Defendant IDENFENSO CASTRO RUIZ was a proximate cause of the collision and Plaintiff's injuries and damages.

## VI.
## RESPONDENT SUPERIOR

Pursuant to Texas law, Plaintiff also pleads a cause of action against Defendant M.R. TRANS LLC for vicarious liability. The allegations contained in all of the paragraphs of this Petition are hereby reiterated and alleged, for all purposes, and incorporated herein with the same force and effect as though set forth verbatim herein. At the time of the incident in question, and at all times relevant to the lawsuit, Defendant IDENFENSO CASTRO RUIZ was an agent, servant, and employee of Defendant M.R. TRANS LLC and was acting in the course and scope of his authority as an agent, servant, and employee of Defendant M.R. TRANS LLC Pursuant to the doctrine of *respondent superior*, Defendant IDENFENSO CASTRO RUIZ negligence is imputed to Defendant M.R. TRANS LLC.

## VII.
## NEGLIGENT ENTRUSTMENT

Defendant M.R. TRANS LLC was negligent and negligent *per se* in the entrustment of a vehicle to Defendant IDENFENSO CASTRO RUIZ. Such entrustment constitutes negligence and negligence *per se*, and proximately caused Plaintiff's injuries and damages. Plaintiff therefore brings this action under general negligence and negligent entrustment theories.

## VIII.
## DAMAGES

As a producing, direct and proximate result of the incident and injuries for which Defendants IDENFENSO CASTRO RUIZ AND M.R. TRANS LLC are liable, Plaintiffs JANICE DAVIS AND WANDA NICKLEBERRY seek and are entitled to the following damages:

1. physical pain and mental anguish in the past and future;
2. physical disfigurement in the past and future;

3. physical impairment in the past and future;

4. medical expenses in the past and future; and

5. all other damages allowed by law and equity.

As such, Plaintiffs affirmatively plead that they seek monetary relief of greater of $200,000 not more than $1,000,000.00.

## IX.
## PRE-JUDGMENT AND POST-JUDGMENT INTEREST

Plaintiffs specifically plead for pre-judgment interest and post-judgment interest as provided by law and equity, under the applicable provisions of the laws of the State of Texas.

## X.
## JURY DEMAND

Plaintiffs demand a jury trial and tenders the appropriate fee.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs requests that Defendants be cited to appear and answer, and that on final trial hereof Plaintiffs have a judgment against Defendant and that Plaintiffs recover (1) actual and compensatory damages in accordance with the evidence; (2) pre-judgment and post-judgment interest as provided by law; (3) costs of suit; and (4) such other and further relief, at law and in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully Submitted,

**BICKHAM LAW**

Thomas F. Bickham, Jr.
State Bar No. 00787081
Email: tbickham@blawattorneys.com
David B. Swick
State Bar No. 24037574
Email: dswick@blawattorneys.com
3120 Southwest Freeway, Suite 612
Houston, Texas 77098
Telephone: 713-526-4969
Facsimile: 713-526-4639

**ATTORNEYS FOR PLAINTIFF**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Noemi Kimball on behalf of David Swick
Bar No. 24037574
nkimball@blawattorneys.com
Envelope ID: 56841163
Status as of 8/31/2021 4:31 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David B.Swick | | dswick@blawattorneys.com | 8/31/2021 4:22:44 PM | SENT |
| Noemi Kimball | | nkimball@blawattorneys.com | 8/31/2021 4:22:44 PM | SENT |